An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

SFR INVESTMENTS POOL 1, LLC, A NEVADA LIMITED LIABILITY COMPANY,

Appellant,

vs.

HSBC BANK USA, N.A., A NATIONAL BANKING ASSOCIATION, AS TRUSTEE FOR SEQUOIA MORTGAGE TRUST 2007-3,

Respondents.

No. 66016

FILED

FEB 0 9 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER GRANTING MOTION FOR REMAND AND DISMISSING APPEAL

The parties have filed a motion to remand this matter to the district court pursuant to *Huneycutt v. Huneycutt*, 94 Nev. 79, 575 P.2d 585 (1978); *see also Foster v. Dingwall*, 126 Nev. 49, 228 P.3d 453 (2010). The motion is accompanied by an order of the district court certifying that upon remand it will vacate its prior order granting the motion for judgment on the pleadings, enter an order denying that motion, "and conduct further proceedings in light of the *SFR* opinion."

Cause appearing, we grant the motion. Accordingly, we remand this matter to the district court pursuant to its certification, and we order this appeal dismissed. This dismissal is without prejudice to appellant's right to file a motion to reinstate this appeal should the

15-04142

district court decline to grant the relief requested.[1] Any such motion to reinstate this appeal shall be filed within 60 days of the district court's order declining to grant the requested relief. The parties' request to stay the briefing schedule in this matter is denied as moot.

It is so ORDERED.

_____, J.
Saitta

_____, J.
Gibbons

_____, J.
Pickering

cc:   Hon. David B. Barker, District Judge
Howard Kim & Associates
Houser & Allison, APC
Eighth District Court Clerk

---

[1]We note that any aggrieved party may file a notice of appeal from any appealable order entered at the completion of the district court proceedings. *See* NRAP 3A.